401 A.2d 570

## COMMONWEALTH of Pennsylvania

v.

### Ernest FOWLER, Appellant.

Supreme Court of Pennsylvania.

Submitted April 16, 1979.

Decided May 31, 1979.

William A. Fitzpatrick, Philadelphia, for appellant.

Robert B. Lawler, Asst. Dist. Atty., Chief, Appeals Div., James Garrett, Asst. Dist. Atty., Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, MANDERINO and LARSEN, JJ.

## OPINION OF THE COURT

PER CURIAM:

This is an appeal from appellant's, Ernest Fowler's, conviction by a jury of murder of the second degree and robbery and burglary. Appellant has raised the following issues:

(1) the evidence is insufficient to sustain the conviction;

(2) the trial court erred in admitting photographs of the victim's home and the alleged murder weapon;

(3) the prosecution violated Rule 1100 of the Pennsylvania Rules of Criminal Procedure;

(4) the trial court erred in permitting testimony concerning a picture of appellant taken after his arrest;

(5) the arresting officer lacked probable cause to arrest appellant;

(6) the bloodstained money introduced into evidence was improperly obtained;

(7) probable cause did not exist for the issuance of search warrants for appellant's clothing or blood samples;

(8) the written and oral confessions of appellant were illegally obtained and prejudicially cumulative.

We have reviewed each issue and find that they do not warrant the granting of a new trial nor the vacation of the judgment of sentence.

The judgment of sentence of the Court of Common Pleas is affirmed.